```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 06821
    WILLIAM WALLS JR
                                                 CHAPTER 13

                                                 JUDGE: JACQUELINE P COX

            Debtor
    SSN XXX-XX-8242

------------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      The case was filed on 03/21/2008 and was not confirmed.

      The case was dismissed without confirmation 07/07/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------------
SN SERVICING               CURRENT MORTG          .00           .00            .00
HSBC AUTO FINANCE          SECURED VEHIC          .00           .00            .00
GEORGE & ELEANOR PIERCE    UNSECURED        NOT FILED           .00            .00
IDPA DIV                   UNSECURED        NOT FILED           .00            .00
CAPITAL ONE BANK           UNSECURED        NOT FILED           .00            .00
SN SERVICING               SECURED NOT I    54157.14            .00            .00
ECAST SETTLEMENT CORP      UNSECURED          835.87            .00            .00
LVNV FUNDING               UNSECURED          738.32            .00            .00
PRO SE DEBTOR              DEBTOR ATTY          .00                            .00
TOM VAUGHN                 TRUSTEE                                             .00
DEBTOR REFUND              REFUND                                              .00

          Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                           RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                         .00

PRIORITY                                                  .00
SECURED                                                   .00
UNSECURED                                                 .00
ADMINISTRATIVE                                            .00
TRUSTEE COMPENSATION                                      .00
DEBTOR REFUND                                             .00
                           --------------       --------------
TOTALS                          .00                       .00
```

PAGE  1 - CONTINUED ON NEXT PAGE
CASE NO. 08 B 06821 WILLIAM WALLS JR

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 10/22/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 08 B 06821 WILLIAM WALLS JR